BOARD OF FIRE AND POLICE COMMISSIONERS

OF THE CITY OF MILWAUKEE

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

In the matter of the appeal of

SEAN A. MAHNKE                                         COMPLAINT

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

TO THE HONORABLE, THE BOARD OF FIRE AND POLICE COMMISSIONERS OF THE CITY OF MILWAUKEE:

Now comes ALFONSO MORALES, Chief of the Police Department of the City of Milwaukee, and makes the following charges against POLICE SERGEANT SEAN A. MAHNKE, who, on May 21, 2018, was ordered to be suspended for fifteen (15) working days without pay and participate in an employee improvement plan.

**CORE VALUE 4.00 – LEADERSHIP:** We seek to influence human behavior to achieve organizational goals that serve the public while developing individuals, teams and the organization for future service. We accept our responsibility to be leaders, both within the community and among our peers, and for the actions of our colleagues and ourselves. We are all responsible for the performance, reputation and morale of the department.

Exhibit A

1

**REFERENCING: GUIDING PRINCIPLE 4.04:** Supervisors shall be role models for delivering truly professional, impartial and effective police service. Supervisors shall ensure that the individuals for whom they are responsible carry out their professional duties correctly. Supervisors must put the department's mission first, in both word and action, and do nothing to interfere with its accomplishment.

**SPECIFICATION:** On January 26, 2018, Police Officer ▓▓▓▓▓ observed a vehicle parked illegally across two handicap parking spaces at the Walgreen's Pharmacy parking lot at ▓▓▓▓▓ Officer ▓▓▓▓▓ subsequently had contact with the operator of the vehicle, identified as Mr. ▓▓▓▓▓ who had just walked out of the pharmacy and toward his vehicle. Officer ▓▓▓▓▓ requested another squad car to assist him during his contact with Mr. BROWN because of a brief verbal altercation. Police Sergeant ▓▓n A. MAHNKE responded to assist Officer ▓▓▓▓▓ and took over the investigation. He prevented Officer ▓▓▓▓▓ from conducting his investigation to conclusion and allowed the situation to escalate.

Officers believed Mr. ▓▓▓▓▓ was in possession of a firearm based on upon observation of shooting targets in the vehicle. Mr. ▓▓▓▓▓ was subsequently placed into custody after he refused to comply with a directive to remove his hands from his pockets and became resistive towards officers. Officers utilized force on Mr. ▓▓▓▓▓ by decentralizing him to the ground and eventually an Electronic Control Device was deployed to control him prior to his arrest. Mr. ▓▓▓▓▓ was not found to be armed.

2

Pursuant to a PI-21 interview, Sergeant MAHNKE stated Officer ▮▮▮ indicated he only wanted another car. He believed Officer ▮▮▮ wanted to issue a parking citation; however, Sergeant MAHNKE felt there was something more involved since he requested assistance, but did not know what it was.

Sergeant MAHNKE stated, "Sergeant ▮▮▮ was the on-scene supervisor." Sergeant MANKE responded in case any Late Shift personnel had done anything which would require "supervisory action." He did not recall having any interaction with Police Sergeant ▮▮▮R.

Sergeant MAHNKE remained in his vehicle listening to music. He stated he was in a supporting role. When responding to a scene with multiple officers at the location, Sergeant MAHNKE confirmed he was trained to determine what the circumstances were and make decisions. He acknowledged he should have gathered the information, "in time," but had only just responded to the scene. Sergeant MAHNKE indicated Sergeant ▮▮▮ was gathering that information to make those decisions.

Police Sergeant Sean A. MAHNKE failed to sufficiently role model effective police service and ensure the mission of the department was successfully accomplished by not properly taking control of the situation within his supervisory capacity during this incident. Sergeants MAHNKE had an obligation to exercise oversight and management of the initial responding police resources as well as obtain all relevant facts from the initiating officer before taking over the investigation. His failure in not allowing the initiating officer to conduct his investigation and resolve it with a citation as prescribed

3

by the violation in question led to the escalation of force that concluded with eight officers using force and a citizen being tased. Effective leadership displayed by proper supervision could have led to a more positive outcome for the officers involved and Mr. ▮▮▮▮.

\* \* \* \* \* \* \* \*

A copy of Personnel Order No. 2018-61 concerning the disciplinary action I have taken against Police Sergeant Sean A. MAHNKE is attached.

In the interest of public welfare, good order of the City, and for the good of the police service, the disciplinary action I have taken against Police Sergeant Sean A. MAHNKE is required, such disciplinary action being set forth in Department Personnel Order No. 2018-61.

Dated at Milwaukee, Wisconsin this 21st day of May 2018.

_____
ALFONSO MORALES
CHIEF OF POLICE

AM:rls
Attachment (1)



**Milwaukee Police Department**
Police Administration Building
749 West State Street
Milwaukee, Wisconsin 53233
http://www.milwaukee.gov/police

Alfonso Morales
Chief of Police

(414) 933-4444

## PERSONNEL ORDER 2018 - 61

May 21, 2018

RE: DISCIPLINARY ACTION

POLICE SERGEANT SEAN A. MAHNKE, (018009), Second District, charged with violation of department Code of Conduct as follows:

Core Value 4.00 - Leadership, referencing Guiding Principle 4.04: Failure to be a role model for professional police service and ensure the mission of the department was successfully accomplished.

The charge having been substantiated, he is found guilty as charged and the penalty adjudged appropriate by the Chief of Police is as follows:

| | |
|---|---|
| Failure to be a role model for professional police service and ensure the mission of the department was successfully accomplished. | Fifteen (15) day suspension without pay and the implementation of an employee improvement plan. |

It is hereby ordered that POLICE SERGEANT SEAN A. MAHNKE be suspended for fifteen (15) working days without pay. If not appealed, said suspension is to be served during the following periods: August 20, 2018 through September 2, 2018; and September 16, 2018 through September 20, 2018. It is further hereby ordered that POLICE SERGEANT SEAN A. MAHNKE participate in an employee improvement plan, to be implemented and overseen by the District Commander, relative to leadership and supervisor responsibility.

ALFONSO MORALES
CHIEF OF POLICE

AM:rls
(18-0026)