

July 11, 2018

<u>VIA EMAIL</u>
City Attorney Grant F. Langley
City of Milwaukee
800 City Hall
200 East Wells Street
Milwaukee, WI  53202-3551

      Re:     Sterling Brown v. City of Milwaukee, et al.
              Case No.: 2:18-cv-00922

Dear Mr. Langley:

This is to confirm our discussion earlier today during which you requested and I granted all the defendants a thirty day extension to answer the complaint in this case.

Thank you.

Respectfully Submitted,

**GINGRAS, CATES & WACHS**

Mark L. Thomsen
Direct Dial:  (414) 935-5482
Direct Fax:   (414) 935-5483
Email:  mthomsen@gcwlawyers.com

MLT:rek
cc:    Hon. David Jones (via electronic filing)