# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

STERLING D. BROWN,

                Plaintiff,       Case No. 18-CV-922

    v.

                **MINUTE SHEET**

CITY OF MILWAUKEE, et al.,

                Defendants.

---

**Hon.** David E. Jones, presiding.      **Deputy Clerk:** Katina Hubacz

**Type of Proceeding:** TELEPHONIC PRE-MOTION CONFERENCE RE: DISCOVERY

**Date:** December 20, 2018 at 10:00 AM      **Court Reporter:** Liberty

**Time Commenced:** 10:05:32      **Time Concluded:** 10:26:04

**Appearances:**      **Plaintiff:**    Mark L. Thomsen

                          **Defendants:** Elleny B. Christopoulos, Naomi E. Gehling

**Comments:**
Parties contacted the court regarding discovery issues.

Plaintiff:
- Served discovery – responses not due until the end of month
- Yesterday had one hour conference going through requests agreeing to a discovery roll-out
- One item that had asked for was all documents related to city's affirmative defense that this was Mr. Brown's responsibility and the incident was caused by him – Defendant said they object and will not be producing anything on this
- The Defendant's raised this issue and feel is relevant and feel are entitled to this information
- They could file a pleading withdrawing the affirmative defense
- As long as is alleged that Mr. Brown caused this, feel are entitled to these documents

Defendants (Ms. Gehling):
- Did not say wouldn't provide – said would probably be objecting – responses are not even due yet
- Did provide a response – feel is premature to be discussing this – haven't been able to look through everything yet
- Plan to object on attorney client privilege, work product basis – but still plan to produce as well
- Have a lot of material to look through and will take time

- Agree did have a productive conversation yesterday

Court:
- Agree not realistic to provide all the information within 30 days – a rolling production makes sense here
- Feel parties should be talking/touching base weekly to discuss

Plaintiff:
- One hour conversation ended as no documents would be produced regarding no 1 – would not have called the Court if agreed to rolling production – understand now will be getting some documents
- Want documents relied on for affirmative defense

Court:
- Clarify do need to identify the documents will rely upon – can't just produce documents – identifying by Bates Numbers can be helpful
- Encourage parties to continue to work together and try and listen to each other before respond