IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STERLING D. BROWN,

    Plaintiff,

v.                              Civil Action No. 2:18-cv-922

CITY OF MILWAUKEE, CITY OF
MILWAUKEE CHIEF OF POLICE ALFONSO
MORALES, in his official capacity, SERGEANT
SEAN A. MAHNKE, SERGEANT JEFFREY S.
KRUEGER, OFFICER JOSEPH J. GRAMS,
OFFICER BOJAN SAMARDZIC, OFFICER
JAMES P. COLLINS, OFFICER CRISTOBAL
MARTINEZ AVILA, OFFICER ERIK A.
ANDRADE, and OFFICER JASON P. JENSEN,

    Defendants.

## STIPULATION FOR EXTENSION OF TIME

The undersigned counsel on behalf of the represented parties in the above-captioned matter, hereby agree and stipulate to extend Plaintiff's deadline to reply to Defendants Response to Plaintiff's Motion to Strike Rule 68 Offer of Judgment from November 22, 2019 to November 27, 2019.

1

DATED: 11/22/2019  **GINGRAS, THOMSEN & WACHS, LLP**
Attorneys for Plaintiff

By: s/Mark L. Thomsen
Mark L. Thomsen
State Bar No. 01018839

**P.O. ADDRESS**:
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Facsimile: (414) 763-6413
Email: mthomsen@gcwlawyers.com


Dated: 11/22/2019  **CITY OF MILWAUKEE**
Attorneys for Defendants

By: s/Naomi E. Gehling
Naomi E. Gehling
State Bar No. 1061388
Assistant City Attorney

**P.O. ADDRESS:**
800 City Hall
200 East Wells Street
Milwaukee, WI 53202
Telephone: 414-286-2667
Facsimile: 414-286-8550
Email: ngehli@milwaukee.gov