UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

STERLING D. BROWN,

        Plaintiff,

v.        Case No. 18-CV-922

CITY OF MILWAUKEE, et al.,

        Defendants.

## NOTICE OF SUBSTITUTION OF COUNSEL FOR DEFENDANTS

PLEASE TAKE NOTICE that Susan E. Lappen, Assistant City Attorney, hereby substitutes for Assistant City Attorneys Naomi E. Gehling and Elleny B. Christopoulous. Attorneys Gehling and Christopoulous will no longer be attorneys of record in the above-captioned case, and their names may be removed from the court's efiling distribution list.

Dated at Milwaukee, Wisconsin this 18th day of September, 2020.

        TEARMAN SPENCER
        Milwaukee City Attorney

        s/Susan E. Lappen
        Susan E. Lappen
        Assistant City Attorney
        State Bar No. 01003567
        Attorneys for Defendants

P.O. ADDRESS:
200 East Wells Street
Milwaukee, WI 53202
(414) 286-2601
Fax: (414) 286-8550
E-Mail: slappe@milwaukee.gov

1032-2018-1356/270798