IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
        Plaintiff,

v.         Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
        Defendants.

## JOINT STATUS UPDATE

NOW COME THE PARTIES, through undersigned counsel, and jointly submit this status update pursuant to this Court's order dated September 9, 2020. (Dkt. No. 71).

Per the Court's prior order, the parties report that settlement discussions continue with new exchanges of proposals and with the help of retired Magistrate Judge David Jones as mediator. Counsel for the parties talked again this morning and have agreed to meet in person, hopefully as soon as next week. The goal is to be in a position to report to the Court by at least October 2, 2020, as to whether a settlement agreement is possible.

Respectfully submitted this 18th day of September, 2020.

| | |
|---|---|
| CITY OF MILWAUKEE | GINGRAS, THOMSEN & WACHS, LLP |
| /s/Tearman Spencer | /s/ Mark L. Thomsen |
| City Attorney Tearman Spencer | Mark L. Thomsen |
| State Bar No.: 1030676 | State Bar No.: 1018839 |
| 841 N Broadway # 716, | Scott B. Thompson |
| Milwaukee, WI 53202 | State Bar No.: 1098161 |
| Counsel for All Defendants | 219 N. Milwaukee St., Suite 330 |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 935-5482 |
| | Email: mthomsen@gtwlawyers.com |
| | Counsel for Plaintiff |

1