IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
   Plaintiff,

v.              Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
   Defendants.

## JOINT STATUS UPDATE

NOW COME THE PARTIES, through undersigned counsel, and jointly submit this status update.

Over the last two weeks, the parties engaged in good faith efforts to resolve this matter with the continued help of retired Magistrate Judge David Jones as mediator. The parties will file an additional status report with this Court within two weeks of this filing, if not sooner.

Respectfully submitted this 2nd day of October, 2020.

| | |
|---|---|
| CITY OF MILWAUKEE | GINGRAS, THOMSEN & WACHS, LLP |
| /s/Tearman Spencer | /s/ Mark L. Thomsen |
| City Attorney Tearman Spencer | Mark L. Thomsen |
| State Bar No.: 1030676 | State Bar No.: 1018839 |
| 841 N Broadway # 716, | Scott B. Thompson |
| Milwaukee, WI 53202 | State Bar No.: 1098161 |
| Counsel for All Defendants | 219 N. Milwaukee St., Suite 330 |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 935-5482 |
| | Email: mthomsen@gtwlawyers.com |
| | Counsel for Plaintiff |

1