IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Sterling D. Brown,
   Plaintiff,

v.            Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
   Defendants.

---

## JOINT STATUS UPDATE

NOW COME THE PARTIES, through undersigned counsel, and jointly submit this status update.

Over the last two weeks, the parties met and continued good faith efforts to resolve this matter with the continued help of retired Magistrate Judge David Jones as mediator. The parties will file an additional status report with this Court within two weeks of this filing, if not sooner.

Respectfully submitted this 23rd day of October, 2020.

CITY OF MILWAUKEE
/s/Tearman Spencer
City Attorney Tearman Spencer
State Bar No.: 1030676
841 N Broadway # 716,
Milwaukee, WI 53202
Counsel for All Defendants

GINGRAS, THOMSEN & WACHS, LLP
/s/ Mark L. Thomsen
Mark L. Thomsen
State Bar No.: 1018839
Scott B. Thompson
State Bar No.: 1098161
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Email: mthomsen@gtwlawyers.com
Counsel for Plaintiff

1