IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
    Plaintiff,
v.                                                 Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
    Defendants.

## JOINT STATUS UPDATE

NOW COME THE PARTIES, through undersigned counsel, and jointly submit this status update.

With the assistance and advice of mediator retired Magistrate Judge David E. Jones, over the last two weeks settlement discussions between the parties have been fruitful. Mr. Brown authorized settlement and his attorney, Mark L. Thomsen, has signed the settlement agreement. Pursuant to his letter to the Honorable Common Council dated November 4, 2020, City Attorney Tearman Spencer requested authorization to execute the settlement agreement on behalf of the City of Milwaukee. Accordingly, the parties respectfully request at least 30-45 days to provide the next status report to this Court.

Respectfully submitted this 6th day of November, 2020.

*Signatures on subsequent page*

1

| CITY OF MILWAUKEE | GINGRAS, THOMSEN & WACHS, LLP |
|---|---|
| /s/Tearman Spencer | /s/ Mark L. Thomsen |
| City Attorney Tearman Spencer | Mark L. Thomsen |
| State Bar No.: 1030676 | State Bar No.: 1018839 |
| 841 N Broadway # 716, | Scott B. Thompson |
| Milwaukee, WI 53202 | State Bar No.: 1098161 |
| Counsel for All Defendants | 219 N. Milwaukee St., Suite 330 |
| | Milwaukee, WI 53202 |
| | Telephone: (414) 935-5482 |
| | Email: mthomsen@gtwlawyers.com |
| | Counsel for Plaintiff |