IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
        Plaintiff,

v.                                                      Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
        Defendants.

PLAINTIFF STERLING BROWN'S STATUS UPDATE

NOW COMES THE PLAINTIFF, Sterling D. Brown, through undersigned counsel, and submits this status update pursuant to this Court's Order, dated February 24, 2021. (Dkt. 81.)

From the date of Mr. Brown's previous status update, and with the continuing assistance, advice and herculean effort of the mediator, retired Magistrate Judge David E. Jones, who continued discussions with the City of Milwaukee (Dkt. 80.), on the evening of March 23, 2021 Magistrate Judge David E. Jones proposed a new modified settlement agreement to Mr. Brown on behalf of the City of Milwaukee. Once again, Mr. Brown promptly responded and authorized his attorney to sign a new final settlement agreement.  Attorney Mark L. Thomsen signed the Settlement Agreement on March 25, 2021 and returned it to retired Magistrate Judge David E. Jones.  For the second time now, it is Mr. Brown's understanding that the City of Milwaukee has confirmed its agreement and commitment to the settlement of this matter (*See* Dkt. 76.), and is awaiting the details

of the final timeline from retired Magistrate Judge David E. Jones and the City of Milwaukee.

Accordingly, Mr. Brown respectfully requests thirty (30) days to conclude this matter. As before, Mr. Brown will keep the Court updated and will request a status conference if needed.

Respectfully submitted, March 26, 2021.

GINGRAS, THOMSEN, & WACHS, LLP

*s/ Mark L. Thomsen*
Mark L. Thomsen
State Bar No.: 1018839
Scott B. Thompson
State Bar No.: 1098161
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Email: mthomsen@gtwlawyers.com
Counsel for Plaintiff

2