IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
    Plaintiff,
v.                                                                                                     Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
    Defendants.

PLAINTIFF STERLING BROWN'S STATUS UPDATE

NOW COMES THE PLAINTIFF, Sterling D. Brown, through undersigned counsel, and submits this status update pursuant to this Court's Order, dated March 30, 2021. (Dkt. 83.)

From the date of Mr. Brown's previous status update, and with the continuing assistance, advice and herculean effort of the mediator, retired Magistrate Judge David E. Jones, final steps toward settlement were undertaken. On April 26, 2021, the Judiciary and Legislation Committee of the Milwaukee Common Council voted 5-0 to approve the settlement agreement in this matter. *See* https://milwaukee.legistar.com/LegislationDetail.aspx?ID=4687218&GUID=C8DBF4CB-7C33-457D-8B79-5856B250B373&Options=&Search=&FullText=1 . The full Milwaukee Common Council will convene on May 4, 2021 at which time Mr. Brown anticipates the settlement agreement will receive final approval and signature.

Accordingly, Mr. Brown respectfully requests an additional thirty (30) days to conclude this matter. As before, Mr. Brown will keep the Court updated and will request a status conference if needed.

Respectfully submitted, April 30, 2021.

GINGRAS, THOMSEN, & WACHS, LLP

*s/ Mark L. Thomsen*
Mark L. Thomsen
State Bar No.: 1018839
Scott B. Thompson
State Bar No.: 1098161
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Email: mthomsen@gtwlawyers.com
Counsel for Plaintiff
