IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
        Plaintiff,
v.                                                                              Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
        Defendants.

PLAINTIFF STERLING BROWN'S STATUS UPDATE

NOW COMES THE PLAINTIFF, Sterling D. Brown, through undersigned counsel, and submits this status update pursuant to this Court's Order, dated July 19, 2021. (Dkt. 91.)

As previously reported, the City of Milwaukee approved and signed the settlement agreement. In accordance with the terms of the settlement agreement, on July 6, 2021 the City of Milwaukee moved this Court to strike Affirmative Defenses 5 and 12 from its answer. (Dkt. No. 89) This Court granted that motion on July 19, 2021.

Matters remain pending, presumably based on recent changes to the makeup of the Milwaukee Fire and Police Commission (FPC). Pursuant to the Settlement Agreement, paragraphs 2 and 3, the City of Milwaukee "shall prepare the proposed revised policies detailed in Exhibit 2" and will submit them to the Milwaukee Fire and Police Commission (FPC) for final approval within sixty days of the execution of the Agreement, i.e. on or before July 6, 2021. As previously represented to this Court, because of changes to the FPC, this 60-day time limit was and is extended by mutual agreement.

On July 16, 2021, counsel for the City of Milwaukee confirmed that the City will be meeting with the new FPC to discuss the aforementioned policies and earlier today, advised the meeting should happen soon. Accordingly, Mr. Brown respectfully requests an additional sixty (60) days to provide the requisite opportunity for the City to fully comply with the terms of the settlement agreement. As before, Mr. Brown will keep the Court updated and will request a status conference if needed.

Respectfully submitted, August 5, 2021.

GINGRAS, THOMSEN, & WACHS, LLP

*s/ Mark L. Thomsen*
Mark L. Thomsen
State Bar No.: 1018839
Scott B. Thompson
State Bar No.: 1098161
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Email: mthomsen@gtwlawyers.com
Counsel for Plaintiff

2

Case 2:18-cv-00922-PP    Filed 08/05/21    Page 2 of 2    Document 92