IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Sterling D. Brown,
    Plaintiff,

v.                                     Civil Action No. 2:18-cv-922

City of Milwaukee, et al.
    Defendants.

PLAINTIFF STERLING BROWN'S STATUS UPDATE

NOW COMES THE PLAINTIFF, Sterling D. Brown, through undersigned counsel, and submits this status update pursuant to this Court's Order, dated August 9, 2021. (Dkt. 93.)

As previously reported, the City of Milwaukee approved and signed the settlement agreement. In accordance with the terms of the settlement agreement, the City of Milwaukee prepared and submitted revised Standard Operating Procedures (SOPs) to the Milwaukee Fire and Police Commission (FPC). Yesterday, October 7, 2021, the FPC considered these negotiated SOPs, and passed them:

- 001:    Fair and Impartial Policing
- 082:    Training and Career Development
- 085:    Citizen Contacts, Field Interviews, Search and Seizure
- 220:    Arrest Authority
- 450:    Personnel Investigations
- 460:    Use of Force

- 747: Body Worn Cameras

An additional matter is still pending. As part of the Settlement Agreement, the City of Milwaukee is obligated to prepare a "discipline matrix" and submit this to the Milwaukee Fire and Police Commission for final approval. This is set for review by the "discipline committee" on November 16, 2021, in advance of a potential final vote and adoption on November 18, 2021.

Accordingly, Mr. Brown respectfully requests an additional sixty (60) days to provide the requisite opportunity for the City to fully comply with the terms of the settlement agreement. As before, Mr. Brown will keep the Court updated and will request a status conference if needed.

Respectfully submitted, October 8, 2021.

GINGRAS, THOMSEN, & WACHS, LLP

*s/ Mark L. Thomsen*
Mark L. Thomsen
State Bar No.: 1018839
Scott B. Thompson
State Bar No.: 1098161
219 N. Milwaukee St., Suite 330
Milwaukee, WI 53202
Telephone: (414) 935-5482
Email: mthomsen@gtwlawyers.com
Counsel for Plaintiff